EXHIBIT 2

| Claims | Accused Product: Snap One-WattBox Uninterruptible Power supply:WB-UPS-1500-8 |
|---|---|
| 1. An apparatus for generating a signal indicative of a battery remaining time, comprising: | The accused product provides an apparatus for generating a signal indicative of a battery remaining time (e.g., battery information which is an indicative of battery remaining time displayed on the LCD display of the accused device and web portal.)<br><br><br><br>https://www.snapav.com/shop/en/snapav/uninterruptible-power-supply/wattbox-reg%3B-rack-mount-ups-with-8-outlets---15-amp-%281350w%29-wb-ups-1500-8 |

## WattBox® Uninterruptible Power Supply - 8 Outlets | 1500 VA

The WattBox® Uninterruptible Power Supply (UPS) is packed with features to help keep vital equipment up and running in the case of power loss. This Pure Sinewave UPS provides 8 outlets of battery backup and full automatic voltage regulation (AVR) to prevent costly interruptions, as well as a 'Graceful Shutdown' of a connected PC via USB port. With this model, you'll get a 1500 VA capacity, up to 5:30 minutes of battery backup at full load (1200W), and 13:30 minutes of battery backup at 50% load (600W).



## Large Multifunction LCD Readout

The multifunction LCD readout provides ready access to power/battery condition vitals such as Runtime and Load. Plus, it incorporates an auto-dimming function, which helps minimize distractions when in use.

https://www.snapav.com/shop/en/snapav/uninterruptible-power-supply/wattbox-reg%3B-rack-mount-ups-with-8-outlets---15-amp-%281350w%29-wb-ups-1500-8

# FRONT PANEL LCD OVERVIEW



https://www.snapav.com/wcsstore/ExtendedSitesCatalogAssetStore/attachments/documents/PowerManagement/ManualsAndGuides/WB-UPS_Manual_200427tw.pdf

| | | | |
|---|---|---|---|
| | | | Indicates that the inverter circuit is working. |
| | | | Indicates that the output is working. |
| | Battery Status | **BATTERY LEVEL** 25% 50% 75% 100% | Displays the current battery level in 25% increments. |
| | | BATT FAULT | Indicates that the battery has a fault. |
| | | LOW BATT | Indicates low battery capacity. |
| | Input Information | 88.8 INPUT VAC VDC Hz %A | Displays input voltage, battery voltage, and frequency. VAC=AC voltage; VDC=DC voltage; Hz=Frequency |

https://www.snapav.com/wcsstore/ExtendedSitesCatalogAssetStore/attachments/documents/PowerManagement/ManualsAndGuides/WB-UPS_Manual_200427tw.pdf

## REAR PANEL (SEE DIAGRAMS ON OPPOSITE PAGE)

1. Circuit Breaker – Resetting circuit breaker that trips out the unit when over-amperage conditions occur.

2. EPO (Emergency Power Off) – Two-pin terminal for turning the UPS on (pins connected) and off (pins separated). Leave the jumper in place if not required.

3. USB Port – Connect an automation system or a computer to control and monitor UPS operation through management software.

4. SNMP Card Slot – Remove the cover to install the optional UPS SNMP Card (not included).

5. Controlled Outlets – Non-critical load outlets that are protected and can be programmed to turn off when the battery level reduces to a set percentage.

6. Uncontrolled Outlets – Critical load outlets that remain on until the UPS battery is depleted.

7. Ground Lug – Ground post for bonding equipment.

8. Power Inlet – Inlet power cord that connects to the supply outlet.

9. RS-232 Port – Connect an automation system or a computer to control and monitor UPS operation through management software.

https://www.snapav.com/wcsstore/ExtendedSitesCatalogAssetStore/attachments/documents/PowerManagement/ManualsAndGuides/WB-UPS_Manual_200427tw.pdf



https://www.snapav.com/wcsstore/ExtendedSitesCatalogAssetStore/attachments/documents/MediaDistribution/Manuals AndGuides/WB-UPS-NMC%20QSG.PDF

| a source of a mains supply voltage for energizing a first load circuit and a second | The accused product provides a source of a mains supply voltage (e.g., output voltage powered by AC input) for energizing a fist load circuit (e.g., a first circuit providing energy to non-critical loads connected to controlled outlets) and a second load circuit (e.g., a second circuit providing energy to critical loads connected to uncontrolled outlets), prior to an interruption in said main supply voltage (e.g., the AC input fails)<br><br>The accused product regulates mains supply voltage for their connected loads and supplies battery power upon an interruption in the mains supply voltage. The connected devices can be configured into a controlled outlets for non-critical equipment energized by a fist load circuit and uncontrolled outlets for critical equipment energized by a second load circuit |

| | |
|---|---|
| load circuit, prior to an interruption in said mains supply voltage; | ## WattBox® Uninterruptible Power Supply - 8 Outlets \| 1500 VA<br><br>The WattBox® Uninterruptible Power Supply (UPS) is packed with features to help keep vital equipment up and running in the case of power loss. This Pure Sinewave UPS provides 8 outlets of battery backup and full automatic voltage regulation (AVR) to prevent costly interruptions, as well as a 'Graceful Shutdown' of a connected PC via USB port. With this model, you'll get a 1500 VA capacity, up to 5:30 minutes of battery backup at full load (1200W), and 13:30 minutes of battery backup at 50% load (600W).<br><br>https://www.snapav.com/shop/en/snapav/uninterruptible-power-supply/wattbox-reg%3B-rack-mount-ups-with-8-outlets---15-amp-%281350w%29-wb-ups-1500-8<br><br>## REAR PANEL (SEE DIAGRAMS ON OPPOSITE PAGE)<br><br>1. Circuit Breaker – Resetting circuit breaker that trips out the unit when over-amperage conditions occur.<br><br>2. EPO (Emergency Power Off) – Two-pin terminal for turning the UPS on (pins connected) and off (pins separated). Leave the jumper in place if not required.<br><br>3. USB Port – Connect an automation system or a computer to control and monitor UPS operation through management software.<br><br>4. SNMP Card Slot – Remove the cover to install the optional UPS SNMP Card (not included).<br><br>5. Controlled Outlets – Non-critical load outlets that are protected and can be programmed to turn off when the battery level reduces to a set percentage.<br><br>6. Uncontrolled Outlets – Critical load outlets that remain on until the UPS battery is depleted.<br><br>7. Ground Lug – Ground post for bonding equipment.<br><br>8. Power Inlet – Inlet power cord that connects to the supply outlet.<br><br>9. RS-232 Port – Connect an automation system or a computer to control and monitor UPS operation through management software.<br><br>https://www.snapav.com/wcsstore/ExtendedSitesCatalogAssetStore/attachments/documents/PowerManagement/ManualsAndGuides/WB-UPS_Manual_200427tw.pdf |



**CONNECTING EQUIPMENT TO OUTLETS**

Critical equipment is connected to the uncontrolled outlets so they remain on until the UPS battery is depleted. Noncritical equipment is connected to controlled outlets so they can be set to turn off once the battery is depleted to a set level. Controlled outlets can also be set to remain on for additional critical loads. Use the remote management connection or the front panel LCD to configure the controlled outlets.

Connect noncritical equipment that can be powered off during extended outages - Max 10A load

EPO Circuit

Closed Outlets ON

Open Outlets OFF

Connect critical equipment that must remain powered as long as possible

https://www.snapav.com/wcsstore/ExtendedSitesCatalogAssetStore/attachments/documents/PowerManagement/ManualsAndGuides/WB-UPS_Manual_200427tw.pdf

| a battery for providing battery backup operation to energize said second load circuit | The accused product provides a battery for providing battery backup operation to energize said second load circuit (e.g., circuit for providing energy to critical loads connected to uncontrolled outlets) after said interruption in said mains supply voltage is detected (e.g., when input AC power fails and the accused product is on battery mode)<br><br>**WattBox® Uninterruptible Power Supply - 8 Outlets \| 1500 VA**<br><br>The WattBox® Uninterruptible Power Supply (UPS) is packed with features to help keep vital equipment up and running in the case of power loss. This Pure Sinewave UPS provides 8 outlets of battery backup and full automatic voltage regulation (AVR) to prevent costly interruptions, as well as a 'Graceful Shutdown' of a connected PC via USB port. With this model, you'll get a 1500 VA capacity, up to 5:30 minutes of battery backup at full load (1200W), and 13:30 minutes of battery backup at 50% load (600W).<br><br>https://www.snapav.com/shop/en/snapav/uninterruptible-power-supply/wattbox-reg%3B-rack-mount-ups-with-8-outlets---15-amp-%281350w%29-wb-ups-1500-8 |

after said interruption in said mains supply voltage is detected; and



| MODEL | WB-UPS-1100-8 | WB-UPS-1500-8 | WB-UPS-2000-8 |
|---|---|---|---|
| CAPACITY | 1100VA/990W | 1500VA/1350W | 1900VA/1710W @120V Output<br>1740VA/1566W @110V Output |
| **INPUT** | | | |
| Voltage | 110/120V AC | | |
| Acceptable Voltage Range | 81-145V AC | | |
| Frequency Range | 60/50 Hz (Auto sensing) | | |
| Power Outlet | NEMA 5-15 | NEMA 5-20 | |
| Power Inlet | IEC C14 | IEC C20 | |
| Surge Protection Modes | L-N, L-G, N-G | | |
| Joule Rating (minimum) | 1080J | | |
| **OUTPUT** | | | |
| Output Voltage | 110/120 VAC | | |
| Outlet Quantity | (4) NEMA 5-15 | (8) NEMA 5-15 | (8) NEMA 5-20 |
| Connections | USB, RS-232 (standard DE-9), slot for SNMP/AS400 card | | |
| Voltage Regulation (Batt. Mode) | ± 1.5% (before battery alarm) | | |
| Frequency Range (Batt. Mode) | 50 Hz or 60 Hz ± 1 Hz | | |
| Current Crest Ratio | 3:1 | | |
| Harmonic Distortion | 2% max @ 100% linear load, 5% max @ 100% non-linear load (before low battery alarm) | | |
| Transfer Time | Typical 2-6 ms, 10 ms max. | | |
| Waveform (Batt. Mode) | Pure sinewave | | |
| **EFFICIENCY** | | | |
| AC Mode | 95% | 96% | |
| Buck & Boost Mode | 93% | 94% | |
| Battery Mode | 88% | 90% | |
| **BATTERY** | | | |
| Type & Number | 12 V/9AH x 2 | 12 V/9AH x 4 | |
| Terminal Type | F2 | F2 | |
| Typical Recharge Time | 4 hours recover to 90% capacity | | |
| Charging Current (Max.) | 1.5A | 1.5A | 1.5A |
| Charging Voltage | 27.4V DC ± 1% | 54.8V DC ± 1% | |

https://www.snapav.com/wcsstore/ExtendedSitesCatalogAssetStore/attachments/documents/PowerManagement/ManualsAndGuides/WB-UPS_Manual_200427tw.pdf

3.  USB Port – Connect an automation system or a computer to control and monitor UPS operation through management software.

4.  SNMP Card Slot – Remove the cover to install the optional UPS SNMP Card (not included).

5.  Controlled Outlets – Non-critical load outlets that are protected and can be programmed to turn off when the battery level reduces to a set percentage.

6.  Uncontrolled Outlets – Critical load outlets that remain on until the UPS battery is depleted.

7.  Ground Lug – Ground post for bonding equipment.

8.  Power Inlet – Inlet power cord that connects to the supply outlet.

9.  RS-232 Port – Connect an automation system or a computer to control and monitor UPS operation through management software.

https://www.snapav.com/wcsstore/ExtendedSitesCatalogAssetStore/attachments/documents/PowerManagement/ManualsAndGuides/WB-UPS_Manual_200427tw.pdf



## CONNECTING EQUIPMENT TO OUTLETS

Critical equipment is connected to the uncontrolled outlets so they remain on until the UPS battery is depleted. Noncritical equipment is connected to controlled outlets so they can be set to turn off once the battery is depleted to a set level. Controlled outlets can also be set to remain on for additional critical loads. Use the remote management connection or the front panel LCD to configure the controlled outlets.

Connect noncritical equipment that can be powered off during extended outages - Max 10A load

Connect critical equipment that must remain powered as long as possible

EPO Circuit

Closed Outlets ON

Open Outlets OFF

https://www.snapav.com/wcsstore/ExtendedSitesCatalogAssetStore/attachments/documents/PowerManagement/ManualsAndGuides/WB-UPS_Manual_200427tw.pdf

| a processor coupled to said first load circuit and is configure | The accused product provides a processor coupled to said first load circuit (e.g., circuit for providing energy to non-critical loads connected to controlled outlets) and is configured to initiate a current drain reduction in said first load circuit after detection of said interruption (e.g., turn off the devices after set amount of time belonging to the controlled outlets when the input AC power fails and the accused device is on battery mode) |
|---|---|

| | |
|---|---|
| d to initiate a current drain reduction in said first load circuit after detection of said interruption, and | ## WattBox® Uninterruptible Power Supply - 8 Outlets \| 1500 VA<br><br>The WattBox® Uninterruptible Power Supply (UPS) is packed with features to help keep vital equipment up and running in the case of power loss. This Pure Sinewave UPS provides 8 outlets of battery backup and full automatic voltage regulation (AVR) to prevent costly interruptions, as well as a 'Graceful Shutdown' of a connected PC via USB port. With this model, you'll get a 1500 VA capacity, up to 5:30 minutes of battery backup at full load (1200W), and 13:30 minutes of battery backup at 50% load (600W).<br><br>https://www.snapav.com/shop/en/snapav/uninterruptible-power-supply/wattbox-reg%3B-rack-mount-ups-with-8-outlets---15-amp-%281350w%29-wb-ups-1500-8<br><br>### REAR PANEL (SEE DIAGRAMS ON OPPOSITE PAGE)<br><br>1. Circuit Breaker – Resetting circuit breaker that trips out the unit when over-amperage conditions occur.<br><br>2. EPO (Emergency Power Off) – Two-pin terminal for turning the UPS on (pins connected) and off (pins separated). Leave the jumper in place if not required.<br><br>3. USB Port – Connect an automation system or a computer to control and monitor UPS operation through management software.<br><br>4. SNMP Card Slot – Remove the cover to install the optional UPS SNMP Card (not included).<br><br>5. Controlled Outlets – Non-critical load outlets that are protected and can be programmed to turn off when the battery level reduces to a set percentage.<br><br>6. Uncontrolled Outlets – Critical load outlets that remain on until the UPS battery is depleted.<br><br>7. Ground Lug – Ground post for bonding equipment.<br><br>8. Power Inlet – Inlet power cord that connects to the supply outlet.<br><br>9. RS-232 Port – Connect an automation system or a computer to control and monitor UPS operation through management software.<br><br>https://www.snapav.com/wcsstore/ExtendedSitesCatalogAssetStore/attachments/documents/PowerManagement/ManualsAndGuides/WB-UPS_Manual_200427tw.pdf |

# CONNECTING EQUIPMENT TO OUTLETS

Critical equipment is connected to the uncontrolled outlets so they remain on until the UPS battery is depleted. Noncritical equipment is connected to controlled outlets so they can be set to turn off once the battery is depleted to a set level. Controlled outlets can also be set to remain on for additional critical loads. Use the remote management connection or the front panel LCD to configure the controlled outlets.



Connect noncritical equipment that can be powered off during extended outages - Max 10A load

EPO Circuit

Closed Outlets ON

Open Outlets OFF

Connect critical equipment that must remain powered as long as possible

https://www.snapav.com/wcsstore/ExtendedSitesCatalogAssetStore/attachments/documents/PowerManagement/ManualsAndGuides/WB-UPS_Manual_200427tw.pdf

## KEY FEATURES

**Inlet Surge Protection –** Built-in protection for the UPS and all connected equipment against power surges.

**Automatic Voltage Regulation –** Incoming power is monitored to avoid harmful over- or under-voltage conditions. Power is increased in Boost mode and decreased in Buck mode.

**Battery Backup –** Battery backup for powering critical equipment during power outages and fluctuations. Batteries can be serviced without turning the UPS off.

**Programmable Outlets –** Noncritical equipment can be connected to programmable outlets that turn off early to save battery power.

**Emergency Power Off –** Built-in contact for EPO.

**PC Connection –** Built-in connections for PC access to the GUI and shutdown control to notify the PC when battery level is critical.

**SNMP Card (sold separately) –** Use the SNMP card to access the GUI over Ethernet and notify devices on the network when the battery level is critical.

https://www.snapav.com/wcsstore/ExtendedSitesCatalogAssetStore/attachments/documents/PowerManagement/ManualsAndGuides/WB-UPS_Manual_200427tw.pdf



https://www.snapav.com/wcsstore/ExtendedSitesCatalogAssetStore/attachments/documents/PowerManagement/ManualsAndGuides/WB-UPS_Manual_200427tw.pdf

| to access a stored battery current magnitude value for use in calculating a battery remaining time indicative signal, such that, during a | The accused product accesses a stored battery current magnitude value (e.g., battery current values obtained during calibration is stored for use of estimating battery remaining time during operation) for use in calculating a battery remaining time indicative signal (e.g., battery information which is an indicative of battery remaing time displayed on the LCD display of the accused device and web portal) such that, during a transitional shutdown delay interval of the apparatus that follows the detection of said interruption (e.g., turn off the devices after set amount of time belonging to the controlled outlets when the input AC power fails and the accused device is on battery mode), said battery remaining time indicative signal (e.g., ., battery information which is an indicative of battery remaing time displayed on the LCD display of the accused device and web portal.) is based on said stored battery current magnitude value that is unaffected by real time variations and transient loading of said battery current magnitude during said transitional shutdown delay interval (e.g., during calibration, remaining runtime is calculated based on load, which corresponds to current magnitude value because the output voltage value is fixed.  The relationship between remaining runtime and load (i.e., current value) is stored as a calibration curve which is applied later for runtime estimation during normal operation. The stored current value is unaffected by real time variations and transient loading of said battery current magnitude during transitional shutdown because it is previously measured during the calibration step) and is instead based on a current magnitude in a steady state of said battery backup operation (e.g., the stored load/current value for |

| transitional shutdown delay interval of the apparatus that follows the detection of said interruption, said battery remaining time indicative signal is based on said stored battery current magnitude value that is unaffected by real time variations and transient | runtime estimation is based on a load/current magnitude in a steady state of said battery backup operation, i.e., the load/current must be without fluctuating during calibration which simulates a steady state battery backup operation)<br><br>**CONNECTING EQUIPMENT TO OUTLETS**<br><br>Critical equipment is connected to the uncontrolled outlets so they remain on until the UPS battery is depleted. Noncritical equipment is connected to controlled outlets so they can be set to turn off once the battery is depleted to a set level. Controlled outlets can also be set to remain on for additional critical loads. Use the remote management connection or the front panel LCD to configure the controlled outlets.<br><br><br><br>https://www.snapav.com/wcsstore/ExtendedSitesCatalogAssetStore/attachments/documents/PowerManagement/ManualsAndGuides/WB-UPS_Manual_200427tw.pdf |

loading of said battery current magnitude during said transitional shutdown delay interval and is instead based on a current magnitude in a steady state of said battery backup operation.



https://www.snapav.com/wcsstore/ExtendedSitesCatalogAssetStore/attachments/documents/PowerManagement/ManualsAndGuides/WB-UPS_Manual_200427tw.pdf



## Large Multifunction LCD Readout

The multifunction LCD readout provides ready access to power/battery condition vitals such as Runtime and Load. Plus, it incorporates an auto-dimming function, which helps minimize distractions when in use.

https://www.snapav.com/shop/en/snapav/uninterruptible-power-supply/wattbox-reg%3B-rack-mount-ups-with-8-outlets---15-amp-%281350w%29-wb-ups-1500-8

# FRONT PANEL LCD OVERVIEW



https://www.snapav.com/wcsstore/ExtendedSitesCatalogAssetStore/attachments/documents/PowerManagement/ManualsAndGuides/WB-UPS_Manual_200427tw.pdf

| | | | Indicates that the inverter circuit is working. |
| | | | Indicates that the output is working. |
| | Battery Status | **BATTERY LEVEL** 25% 50% 75% 100% | Displays the current battery level in 25% increments. |
| | | BATT FAULT | Indicates that the battery has a fault. |
| | | LOW BATT | Indicates low battery capacity. |
| | Input Information | 888 INPUT VAC VDC Hz %A | Displays input voltage, battery voltage, and frequency. VAC=AC voltage; VDC=DC voltage; Hz=Frequency |

https://www.snapav.com/wcsstore/ExtendedSitesCatalogAssetStore/attachments/documents/PowerManagement/ManualsAndGuides/EP-400-NMC_manual.pdf

## REAR PANEL (SEE DIAGRAMS ON OPPOSITE PAGE)

1. Circuit Breaker – Resetting circuit breaker that trips out the unit when over-amperage conditions occur.

2. EPO (Emergency Power Off) – Two-pin terminal for turning the UPS on (pins connected) and off (pins separated). Leave the jumper in place if not required.

3. USB Port – Connect an automation system or a computer to control and monitor UPS operation through management software.

4. SNMP Card Slot – Remove the cover to install the optional UPS SNMP Card (not included).

5. Controlled Outlets – Non-critical load outlets that are protected and can be programmed to turn off when the battery level reduces to a set percentage.

6. Uncontrolled Outlets – Critical load outlets that remain on until the UPS battery is depleted.

7. Ground Lug – Ground post for bonding equipment.

8. Power Inlet – Inlet power cord that connects to the supply outlet.

9. RS-232 Port – Connect an automation system or a computer to control and monitor UPS operation through management software.

https://www.snapav.com/wcsstore/ExtendedSitesCatalogAssetStore/attachments/documents/PowerManagement/ManualsAndGuides/WB-UPS_Manual_200427tw.pdf

Home  |  Power  |  Uninterruptible Power Supplies  |  WattBox® UPS Network Management Card

## System Summary Check

Live feedback allows for remote management and configuration of the UPS. Now you can get a real-time summary via your computer. It's as if you were standing right in front of the UPS on the jobsite!

## Data Logging & Status Records

Did you know your power company may not always send 110V to your outlets? Thankfully, a connected WattBox UPS performs power correction to restore full performance to your A/V or data system. This network card provides event logs and status records, which you can use to analyze system performance.

## Remote Diagnostics

Diagnostic testing lets you perform a runtime calibration with installed load, validate the battery is still good, and report the battery's remaining life. It also includes the results and date of the last battery test performed.

## User-Upgradeable Firmware

Like other enterprise-level networking products, this network card features user-upgradable firmware. This ensures you always have the most up-to-date functionality available.

https://www.snapav.com/shop/en/snapav/wattbox-ups-network-management-card-wb-ups-nmc-a



https://www.snapav.com/wcsstore/ExtendedSitesCatalogAssetStore/attachments/documents/PowerManagement/ManualsAndGuides/WB-UPS_Manual_200427tw.pdf